1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   MARGARET EVE-LYNN MIYASAKI,          No   C  05-5331  VRW
12         Plaintiff,                      ORDER
13      v
14   REAL MEX RESTAURANTS, INC, DBA
     ACAPULCO SANTA CLARA, AND DOES 1-
15   10,
16         Defendants.
17
     _____/
18
19         Pursuant to stipulation of the parties, Doc #37, this
20   action is DISMISSED WITH PREJUDICE, each party to bear its own
21   costs.  The clerk is DIRECTED to close the file and terminate all
22   motions.
23
24         IT IS SO ORDERED.
25
26         _____
27         VAUGHN R WALKER
28         United States District Chief Judge

United States District Court
For the Northern District of California